IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GEORGE SIBLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AIR AND LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 20-cv-07697-MMC<br><br>**ORDER VACATING HEARING; GRANTING DEFENDANT VIKING PUMP, INC.'S MOTION TO DISMISS** |

Before the Court is defendant Viking Pump, Inc.'s ("Viking Pump") "Motion to Dismiss for Lack of Personal Jurisdiction," filed March 4, 2021.

The Court having read and considered the moving papers, no opposition having been filed,[1] and good cause appearing, the Motion is hereby GRANTED, and plaintiffs' claims against Viking Pump are hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: March 26, 2021

MAXINE M. CHESNEY
United States District Judge

---

[1] In light thereof, the hearing scheduled for April 9, 2021, is hereby VACATED.