1  ARI FRIEDMAN (CSBN 256463)
2  ROBINS CLOUD LLP
   808 Wilshire Blvd Suite 450
3  Santa Monica, California 90401
4  Tel.: (310) 929-4200
   Fax: (310) 566-5900
5  Afriedman@robinscloud.com

6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER GEORGE SIBLEY, an individual; MARIA SIBLEY, an individual<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION as successor to BUFFALO PUMPS INC. et al.,<br><br>Defendants. | CASE NO.  3:20-CV-07697MMC<br><br>(Assigned to Hon. Maxine M. Chesney, Senior United States District Judge)<br>**ORDER GRANTING [PROPOSED ORDER] PLAINTIFF'S MOTION TO SUBSTITUTE DUE TO THE DEATH OF A PARTY; VACATING HEARING; DIRECTIONS TO PLAINTIFF**<br><br>Judge: Hon. Maxine M. Chesney Crtrm: 7, 19th Floor |

(left margin: ROBINS CLOUD LLP, 808 Wilshire Blvd., Suite 450, Santa Monica, CA 90401)

- 1 -

[PROPOSED ORDER] PLAINTIFFS' MOTION TO SUBSTITUTE DUE TO DEATH OF A PARTY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff ~~Christopher Sibley and~~ Maria Sibley's Motion to Substitute Due to The Death of a Party came ~~regularly for hearing on _____ in Courtroom 7, 19th Floor~~ before the undersigned. ~~Honorable Maxine Chesney.~~

After reviewing the papers filed in support thereof, ~~hearing argument, and review of all the materials~~ and ~~thereto~~, for good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.[1]

Plaintiff Maria Sibley is hereby substituted ~~into the place~~ as the successor in interest of Christopher Sibley, deceased, and Maria Sibley is hereby DIRECTED to file, no later than October 1, 2021, an Amended Complaint in accordance with the foregoing.

IT IS SO ORDERED

DATED: __September 8__, 2021

BY: _____
HONORABLE MAXINE M. CHESNEY
Senior United States District Judge

---

[1] In light thereof, the hearing scheduled for October 1, 2021, is hereby VACATED.